# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PAMELA SPENCER,**

    **Plaintiff,**

**v.**                                                            Case No:   6:20-cv-171-Orl-31EJK

**BIO-TECH CONSULTING, INC.,**

    **Defendant.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Settlement (Doc. 18), it is

**ORDERED** that this case is **DISMISSED** without prejudice pursuant to Local Rule 3.08(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 13, 2020.



Copies furnished to:

Counsel of Record
Unrepresented Parties