**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PAMELA SPENCER,**

    **Plaintiff,**

v.                           **CASE NO.: 6:20-cv-00171-GAP-EJK**

**BIO-TECH CONSULTING, INC.**

    **Defendant.**
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, PAMELA SPENCER, and Defendant, BIO-TECH CONSULTING, INC., by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 5th day of June, 2020.

| | |
|---|---|
| Shutts & Bowen, LLP | WENZEL FENTON CABASSA, P.A. |
| 300 South Orange Avenue | 1110 North Florida Avenue |
| Suite 1000 | Suite 300 |
| Orlando, FL 32801 | Tampa, Florida 33602 |
| Telephone: (407) 423-3200 | Telephone: 813-224-0431 |
| Facsimile: (407) 425-8316 | Facsimile: 813-229-8712 |
| | |
| BY:  /*s/ Paul J. Scheck* | BY: /*s/ Luis A. Cabassa* |
|     Paul J. Scheck |     Luis A. Cabassa |
|     Florida Bar Number: 028487 |     Florida Bar Number: 0053643 |
|     E-mail: pscheck@shutts.com |     E-mail: lcabassa@wfclaw.com |
|     **Counsel for Defendant** |     **Counsel for Plaintiff** |

**SCOTT M. WEAVER**
Florida Bar Number: 573221
**THE WEAVER LAW FIRM, P.A.**
801 West Bay Dr., Suite 426
Largo, Florida 33770
Direct No. 727-316-5330
Facsímile: 727-499-7322
E-mail:scott@theweaverlawfirm.com
**Attorney for Plaintiff**